**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES D. ZEBRANEK, JR.,**
                    **Plaintiff,**

**-vs-**                                                                            **Case No.  6:06-cv-1220-Orl-31KRS**

**DEPARTMENT OF HEALTH, STATE OF**
**FLORIDA,**
**DIVISION OF ADMINISTRATIVE**
**HEARINGS, STATE OF FLORIDA,**
                    **Defendants.**

─────────────────────────────────────

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**


        This cause came on for consideration *sua sponte*.  On August 28, 2006, I entered an Order

granting leave to Plaintiff James D. Zebranek, Jr. to proceed *in forma pauperis*.  Doc. No. 6.  In

that Order, I required that Zebranek complete the necessary summons forms and return them to the

Court within fifteen days from the date that the Order was mailed.  *Id.*  Because Zebranek did not

return completed summons forms to the Court and did not seek additional time to do so, on

January 24, 2007, I entered an Order to Show Cause as to why the case should not be dismissed for

failure to prosecute.  Doc. No. 14.  The Order to Show Cause gave Zebranek until February 5,

2007, to respond in writing as to why the Complaint should not be dismissed.  *Id.*

        As of the writing of this Report and Recommendation, Zebranek has not returned

completed summons forms or otherwise responded to the Order to Show Cause.  Accordingly, I

respectfully recommend that the case be dismissed without prejudice for failure to prosecute and failure to abide by orders of the Court.  Local Rule 3.10(a); Fed. R. Civ. P. 16(f).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 6, 2007.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy