# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES D. ZEBRANEK, JR.,**
          **Plaintiff,**

**-vs-**                                                                                    Case No. 6:06-cv-1220-Orl-31KRS

**DEPARTMENT OF HEALTH, STATE OF FLORIDA,**
**DIVISION OF ADMINISTRATIVE HEARINGS, STATE OF FLORIDA,**
          **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Spaulding (Doc. 15) dated February 6, 2007, and Plaintiff's objection thereto (Doc. 17), it is

**ORDERED** that Plaintiff's objection is SUSTAINED. Plaintiff will be given until March 23, 2007 to effect lawful service of process on Defendants. Failure to do so will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 26, 2007.

*[Signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party